Form corfstmtg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **18−43235−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Johnie Mae Heard
  aka Johnnie Mae Heard, dba Apostolic
  Prophetic Council , fka Johnie Mae Hill
  15160 Park Village Blvd
  Taylor, MI 48180−4863

Social Security No.:
  xxx−xx−0776

Employer's Tax I.D. No.:

## NOTICE OF CORRECTION OF NOTICE OF MEETING OF CREDITORS

To the Creditors of the above named Debtor(s):

There was an error in the Notice of Meeting of Creditors dated March 9, 2018 . **Notice of Correction of Notice of 341 Meeting of Creditors Re: DBA (Apostolic Prophetic Council) added to docket. 341(a) meeting to be held on 4/18/2018 at 10:00 AM at Room 315, 211 W. Fort St. Bldg., Detroit 341. (MMS)**

Dated: 3/12/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT